**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

DICK SKY,
        Plaintiff,

Case Number 3:08-cv-00152-JWS

v.

BRUNO STOLC,
        Defendant.       **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this case is hereby dismissed in its entirety.

APPROVED:

/s/JOHN W. SEDWICK
JOHN W. SEDWICK
United States District Judge

   APRIL 8, 2010
Date

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

        IDA ROMACK
Ida Romack, Clerk of Court

[308cv152JWS Judgment Dismissing Case.wpd]{JMT2.WPT*Rev.3/03}